## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE   6/2/2018 Approximately 1:05 PM |
|---|---|
| NAME OF SERVER *(PRINT)*<br>James E. Shelton | TITLE   Process Server |

*Check one box below to indicate appropriate method of service*

DEFENDANT: CAPITAL COMEBACK, LLC. CASE  3:18-cv-10017-BRM-LHG

☒ Served personally upon the defendant. Place where served: __Upon Michael Parker, Registered__ Agent for Capital Comeback LLC at 26 PARADISE BLVD TOMS RIVER, NJ 08757

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

☐ Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted:_____

_____

_____

☐ Other (specify) :_____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL<br>$30 | SERVICES<br>$20 | TOTAL<br>$50 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___6/2/2018___                      *James E Shelton*
                        Date                        *Signature of Server*

316 Covered Bridge Road King of Prussia, PA 19046
*Address of Server*

Additional Information:

Arrived at approximately 1:04 PM. Knocked at Door, the person who answered identified himself as Mr. Michael Parker.

Description of person served: Caucasian, Approximately 5'11", 150 LB, Brown Hair, About 35 years old, wearing a "planet fitness" t-shirt. Unshaved black beard.

Vehicle parked outside house was a dark 2015 Kia Forte LX sedan, NJ Plate H37-GLP

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE   6/2/2018 Approximately 1:05 PM |
|---|---|
| NAME OF SERVER (PRINT)   James E. Shelton | TITLE   Process Server |

*Check one box below to indicate appropriate method of service*

### DEFENDANT: MICHAEL PARKER. CASE 3:18-cv-10017-BRM-LHG

☒ Served personally upon the defendant. Place where served: _____
26 PARADISE BLVD TOMS RIVER, NJ 08757 _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify) : _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL   $30 | SERVICES   $20 | TOTAL   $50 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    6/2/2018                           *James E Shelton*
                        Date                          *Signature of Server*

316 Covered Bridge Road King of Prussia, PA 19046
*Address of Server*

Additional Information:

Arrived at approximately 1:04 PM. Knocked at Door, the person who answered
identified himself as Mr. Michael Parker.

Description of person served: Caucasian, Approximately 5'11", 150 LB, Brown Hair,
About 35 years old, wearing a "planet fitness" t-shirt. Unshaved black beard.
Vehicle parked outside house was a dark 2015 Kia Forte LX sedan, NJ Plate H37-GLP

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE   6/2/2018 Approximately 11:40 AM |
|---|---|
| NAME OF SERVER *(PRINT)*  James E. Shelton | TITLE   Process Server |

*Check one box below to indicate appropriate method of service*

**DEFENDANT: ALAN TUNIT. CASE 3:18-cv-10017-BRM-LHG**

☐ Served personally upon the defendant. Place where served: _____
_____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.      3 BRANDYWINE COURT MANALAPAN, NJ 07726

☒ Name of person with whom the summons and complaint were left:__ Mrs. Gilat Tunit _____

☐ Returned unexecuted:_____
_____
_____

☐ Other (specify) :_____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL   $30 | SERVICES   $20 | TOTAL   $50 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/2/2018
_____          _James E Shelton_____
Date                             Signature of Server

316 Covered Bridge Road King of Prussia, PA 19046
Additional Information:      _____
                             Address of Server

Arrived at approximately 11:35 AM. Rang electronic doorbell/intercom, Mrs. Gilat
Tunit said she was not home but would be in approximately 5 minutes. Mrs. Tunit
arrived home approximately 11:39 AM in a White 2016 Volvo XC90 T6 Momentum
SUV, NJ Plate Z87-GUX.

Served Mrs. Gilat Tunit by personal service, and stated she resided at 3
BRANDYWINE COURT MANALAPAN, NJ 07726 with her husband, defendant Alan
Tunit. Immediately after service, Mrs. Gilat Tunit called Mr. Alan Tunit.

Description of person served: Caucasian, Approximately 5'10", 160 LB, Blonde slightly
curled hair, wearing a one-piece everyday dress. Approx. 35 years old.

Andrew R. Perrong
1657 The Fairway #131
Jenkintown, PA 19046

PHILADELPHIA
PA 191
04 JUN '18
PM 7 L



02 1P
0004691033
MAILED FROM ZIP CODE 19103

$ 000.47⁰

Trenton Clerk's Office
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 East State Street, Rm 2020
Trenton, NJ 08608

08608-150020