UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ANDREW R. PERRONG,

      Plaintiff,

      v.

CAPITAL COMBACK, LLC et al.,

      Defendants.

                               /

Case No. 3:18-cv-10017-BRM-LHG

## **NOTICE OF APPEARANCE**

DANIEL ZEMEL ESQ. of Zemel Law LLC hereby files this Notice of Appearance as counsel on behalf of all named Defendants.

All parties are requested to forward copies of pleadings and pertinent forms and correspondence to Daniel Zemel.

      Respectfully Submitted,

      */s/Daniel Zemel*
      *Attorney for Defendants*
      Daniel Zemel, Esq.
      Zemel Law LLC
      1373 Broad Street, Suite 203-C
      Clifton, New Jersey 07013
      T (862) 227-3106
      dz@zemellawllc.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 20, 2018 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the Plaintiff.

                                                */s/Daniel Zemel*
                                                Daniel Zemel, Esq.