UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY, TRENTON VICINAGE

| | |
|---|---|
| ANDREW R. PERRONG ) <br> 1657 The Fairway #131 Jenkintown, PA 19046 ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> CAPITAL COMEBACK, LLC ) <br> 4400 US HIGHWAY 9 ) <br> FREEHOLD, NJ 07728, ) <br> ) <br> Et. Al. ) <br> Defendants. ) <br> ) | RECEIVED <br> AUG 20 2018 <br> AT 8:30 M <br> WILLIAM T WALSH CLERK <br> <br> Civil Action <br> No. 3:18-cv-10017 <br> <br> <br> <br> <br> <br> Jury Trial Demanded |

**STIPULATION OF DISMISSAL OF ALL DEFENDANTS:**

COME NOW Plaintiff ANDREW R. PERRONG and Defendants, through undersigned counsel, and hereby stipulate to this Dismissal against all Defendants, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. In accord with Rule 41(a)(1)(B), such a dismissal is being made WITH PREJUDICE, with each party to bear its own fees and costs.

Dated: August 17, 2018

_____
Andrew Perrong
*Plaintiff Pro-Se*
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
andyperrong@gmail.com

_____
Daniel Zemel, Esq.
*Counsel for Defendants*
1373 Broad St. Suite 203C
Clifton, New Jersey 07013
Phone: 862-227-3106
Facsimile: 973-282-8603
DZ@zemellawllc.com

1

Andrew Perrong
1657 The Fairway #131
Jenkintown, PA 19046



RECEIVED
AUG 20 2018
AT 8:30_____M
WILLIAM T. WALSH CLERK

Clerk of Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Room 2020
Trenton, NJ 08608